➥AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

**APPEARANCE**

United States

v.

Hector Manuel Rosario Batista

Case Number: 07 Mag 566

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hector Manuel Rosario Batista

I certify that I am admitted to practice in this court.

April 16, 2007
Date

*Signature: Roy R. Kulcsar*

Roy R. Kulcsar, Esq
Print Name

rrk8079
Bar Number

27 Union Square West
Address

New York, New York 10003
City   State   Zip Code

(201) 446-0294
Phone Number

(201) 439-1478
Fax Number