*Judge Hellerstein*

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
       - v. -                     :    NOTICE OF INTENT
                                  :    TO FILE AN
HECTOR MANUEL ROSARIO BATISTA,    :    INFORMATION
       a/k/a "Charles,"           :
                                  :    07 Cr.
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x
```

**07 CRIM. 714**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         July 10, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                          By: _____
                              Avi Weitzman
                              Assistant United States Attorney
                              (212) 637-1205


                              AGREED AND CONSENTED TO:

                          By: _____
                              Roy R. Kulcsar Esq.
                              Attorney for defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED