UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :

       v.                         :       07CRIM 714

HECTOR MANUEL BATISTA,         :
    a/k/a "Charles,"           :

            Defendant.     :

- - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                      _____
                      HECTOR MANUEL BATISTA
                      Defendant

                      _____
                      Witness

                      _____
                      Counsel for Defendant

Date:  New York, New York
      July 17, 2007

0202