

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*


RECEIVED
FEB 0 2008
ALVIN ... ERSTEIN
   D.J.

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2008

*A conference will be held Feb. 28, 2008, at 10:00 am. Time is excluded from today until that date.*
*2.9.08*
*/s/ AK Hellerstein*

BY FACSIMILE: (212) 805-7942

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

    Re:    <u>United States</u> v. <u>Hector Manuel Rosario Batista</u>,
            07 Cr. 714 (AKH)

Dear Judge Patterson:

        The Government respectfully submits this letter to request the scheduling of a conference in the above-referenced case and an exclusion of time under the Speedy Trial Act.

        It has come to the Government's attention that somehow the last scheduled conference lapsed without either the Government's or the defendant's participation. Apparently, the previously-scheduled conference of December 12, 2007 was adjourned until January 18, 2008 at 10:45 a.m., at the defendant's request by letter dated December 11, 2007, but both parties failed to show up at the January 18 conference. Unfortunately, it appears that the undersigned counsel inadvertently failed to note the adjourned date on their respective calendars. While an exclusion of time under the Speedy Trial Act was granted until January 18, 2008, the docket sheet does not reflect any subsequent exclusions of time.

        Accordingly, the Government respectfully requests that the Court schedule a conference in this matter for later this month. It is anticipated that this additional time will permit the Government and defendant sufficient time to work out a final disposition of this case, or that a trial date will need to be scheduled at that conference due to failed plea discussions. In addition, the Government respectfully requests, with defense counsel's consent, that time be excluded for purposes of the Speedy Trial Act from today through and including the date of the next scheduled

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/08

**MEMO ENDORSED**

Hon. Alvin K. Hellerstein
February 6, 2008
Page 2

court conference in order to permit the Government and the defendant to consider a possible disposition of the case. Therefore, the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8).

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

By: _____
       Avi Weitzman/Eugene Ingoglia
       Assistant U.S. Attorneys
       (212) 637-1205/1113

Enc.
cc:   Roy Kulcsar, Esq. (by email: RRKlaw@aol.com)
       Attorney for Defendant