# GOODWIN | PROCTER



Annemarie Hassett
212.459.7466
ahassett@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
212.813.8800

February 12, 2008



**By First Class Mail**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   **United States of America v. Hector Manuel Rosario Batista**
      **(U.S.D.C. for the Southern District of New York, Case No. 07cr714 (AKH))**

Dear Judge Hellerstein:

I write, pursuant to instructions received from the Southern District of New York's ECF Help Desk Clerk, to respectfully request your approval for removal of my name from the Notice of Electronic Filing distribution list for the above referenced matter. My CJA Appointment to this matter was entered onto the case docket on April 11, 2007. Thereafter, Defendant Batista retained counsel (Mr. Kulcsar), whose Notice of Appearance was filed on April 19, 2007. I therefore submit that my appearance should be terminated in the above-referenced case and my listing (and that of my paralegal Gail Rosner grosner@goodwinprocter.com) on the notification distribution list be removed.

Thank you for your consideration in this matter. If any further information is needed, please do not hesitate to contact me.

Respectfully submitted,

Annemarie Hassett

cc:   Avi Weitzman (*U.S. Attorney's Office*)
      Roy Raymond Kulcsar (*Counsel for Defendant Hector Manuel Rosario Batista*)