

**ROY R. KULCSAR**
ATTORNEY AT LAW
27 Union Square West, Suite 503
New York, New York 10003

RRK@aol.com

Tel: (201) 446-0294
Fax: (201) 439-1478

February 27, 2008

By Telecopier

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

Re: United States v. Hector Batista
07 Cr. 714 (AKH)

Dear Judge Hellerstein:

I am taking the liberty of writing this Honorable Court to request an adjournment of the conference scheduled for Thursday, February 28, 2008 until March 27, 2008, or such other date as may be more convenient, to afford the parties additional time needed to resolve this matter.

I have conferred with Avi Weitzman, Esq. and he has consented to this request on behalf of the Government.

In this regard, I would note that Mr. Batista has had a number of proffer meetings with the government, discovery has been completed and Mr. Weitzman and I are endeavoring to finalize the terms of a disposition.

Based upon the foregoing, I would ask that the time between February 28, 2008 and the adjourned date be excluded pursuant to 18 USC 3161(h)(8)(A).

ROY R. KULCSAR

Thank you for your courteous consideration of this request.

Most respectfully yours,

ROY R. KULCSAR

cc: AUSA, Avi Weitzman
By Telecopier

SO ORDERED:

The defendant's request for an adjournment of the conference scheduled for February 28, 2008 until March 27, 2008 is granted, @ 9:30 a.m.
Time is excluded pursuant to 18 USC 3161(h)(8)(A).

HON. ALVIN K. HELLERSTEIN
United States District Judge

Dated: New York, New York
February 27, 2008