


**ROY R. KULCSAR**
Attorney at Law
27 Union Square West
Suite 503
New York, New York 10003

Rrklaw@aol.com

Tel: (201)446-0294
Fax: (201) 439-1478

March 26, 2008

*Conf. adjourned, all time excluded, to April 10, 2008, at 9:45 a.m.*

*3-26-08*
*Alvin Hellerstein*

**BY TELECOPIER**
**212-805-7942**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Hector Manuel Batista**
     **07 cr 714 (AKH)**

Dear Judge Hellerstein:

I am taking the liberty of writing to request an adjournment of the conference presently scheduled for Thursday, March 27, 2008 until April 10, 2008 or such other date thereafter as may be more convenient to this Honorable Court.

At the outset, I would note that I have conferred with Avi Weitzman, Esq. and obtained the Government's consent.

The Government and I have been involved in ongoing discussions and meetings which we believe will result in a resolution of this matter without going to trial. I have just received a proposed plea agreement which I need to review with my client.

In view of the ongoing circumstances, I would ask that the period between March 27, 2008 and the adjourned date be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 USC §3161(h)(8)(A).

I apologize for the lateness of this submission and thank your Honor for your courteous consideration of this request.

Most respectfully yours,

Roy R. Kulcsar
ROY R. KULCSAR