

RECEIVED APR 30 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

**ROY R. KULCSAR**
Attorney at Law
27 Union Square West
Suite 503
New York, New York 10003

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

Rrklaw@aol.com

Tel: (201) 446-0294
Fax: (201) 439-1478

April 17, 2008

**BY TELECOPIER**
212-805-7942
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement: The conf. is adjourned, time is excluded, to May 21, 2008 at 11:00 a.m. 4-30-08 /s/ A.K. Hellerstein]*

Re: United States v. Hector Batista
07 cr 714 (AKH)

Dear Judge Hellerstein:

I am taking the liberty of writing this Honorable Court on behalf of Assistant United States Attorney Avi Weitzman and myself to request an adjournment of the anticipated plea/conference in the above referenced matter, which was scheduled for April 16, 2008 until May 21, 2008, or such later date as may be more convenient.

The adjournment is necessitated by the fact that the Housing Unit at the MDC where Mr. Batista is detained is under quarantine for the next 21 days (at a minimum) because of an outbreak of chicken pox.

Under the circumstances, I consent to an exclusion of time between April 16, 2008 and the adjourned date pursuant to 18 USC §§ 3161 (h)(3)(a); (8) (A) of the Speedy Trial Act.

Thank you for your courteous consideration of this request.

Most respectfully yours,

*/s/ Roy R. Kulcsar*
ROY R. KULCSAR

Cc: Avi Weitzman, Esq
    Assistant United States Attorney

**MEMO ENDORSED**