UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

Hector Manuel Rosario Baptista

------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```

**ORDER**

07 Cr. 714 (AKH)
Docket #

Alvin K. Hellerstein, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Martin Geduldig is hereby ordered to assume representation of the defendant in the above captioned matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
5/21/08