

**ROY R. KULCSAR**
Attorney at Law
27 Union Square West
Suite 503
New York, New York 10003

Rrklaw@aol.com

Tel: (201)446-0294
Fax: (201) 439-1478

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

June 18, 2008

*[Handwritten endorsement: The conf is adjourned, and time is excluded to, July 8, 2008 @ 2:45 p.m.]*

**BY TELECOPIER**
**212-805-7942**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Hector Manuel Rosario Batista**
      **07 cr 714 (AKH)**

Dear Judge Hellerstein:

I am writing this Honorable Court, with the consent of Assistant United States Attorney, Avi Weitzman, to request an adjournment of the conference in the above matter from June 19, 2008 at 2:30pm until July 8, 2008 or thereafter.

The adjournment will enable me to finalize plea discussions with my client whom I have not been able to meet for several weeks because he was under quarantine.

Under the circumstances, I consent to the exclusion of time pursuant to 18 USC §3161 (h)(8)(A).

Thank you for your consideration of this request.

Most respectfully yours,

ROY R. KULCSAR

CC:   Avi Weitzman, Esq
      Assistant United States Attorney
      By Email

MEMO ENDORSED