

**ROY R. KULCSAR**
Attorney at Law
27 Union Square West
Suite 503
New York, New York 10003

Rrklaw@aol.com

Tel: (201)446-0294
Fax: (201) 439-1478

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

July 30, 2008

**BY TELECOPIER**
**212-805-7942**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Hector Manuel Rosario Batista**
      **07 cr 714 (AKH)**

Dear Judge Hellerstein:

I am writing this Honorable Court, with the consent of Assistant United States Attorney, Avi Weitzman, Esq., to request an adjournment of the conference in the above referenced matter from August 1, 2008 until any day during the week of August 18, 2008.
The adjournment will enable me to finalize plea discussions with my client with respect to the new agreement and superceding information.

Under the circumstances, I consent to the exclusion of time pursuant to 18 USC §3161(h)(8)(A).

Thank you for your courteous consideration of this request.

Most respectfully yours,

ROY R. KULCSAR

*[Handwritten endorsement: The conf. is adjourned, all time is excluded, to Aug. 18, 2008 at 9:30 a.m. 7-30-08 /s/ AKH]*

ROY R. KULCSAR

**SO ORDERED**
The defendant's request for an adjournment
From August 1, 2008 until August ___, 2008
Is _____.  Time is excluded pursuant to
18 USC §3161(h)(8)(A).

Dated: New York, New York
       July ___, 2008

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

CC:    Avi Weitzman, Esq
         Assistant United States Attorney
         By Telecopier
         212-637-0412

2