UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         v.                      :        S1 07 Cr. 714 (AKH)
                                 :
HECTOR MANUEL BATISTA,           :
     a/k/a "Charles,"            :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                                  _____
                                  HECTOR MANUEL BATISTA
                                  Defendant

                                  _____
                                  Witness

                                  _____
                                  Counsel for Defendant

Date:  New York, New York
       July 28, 2008
       Aug. 20,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

0202